# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

**ACQUANLAN DEONSHAY HARRIS,**

        Plaintiff,                       Case No. 6:20-cv-00271

v.

**CENLAR, FSB,**

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND FINAL PRETRIAL CONFERENCE AND JURY TRIAL DATES

THIS CAUSE comes before the Court upon Plaintiff's Motion for Extension of Deadlines of Amended Scheduling Order (D.E. 19). Having considered the Motion and the fact that Defendant does not oppose, it is hereby ORDERED AND ADJUDGED that the dates set forth in the Amended Scheduling Order (D.E. 17) are hereby amended as follows:

1. Jury Instructions due by: April 1, 2022
2. Objections to Jury Instructions due by: May 2, 2022
3. Motions in Limine due by: May 2, 2022
4. Objections to Motions in Limine and Pretrial Order by: May 9, 2022
5. Pretrial Conference set for May 20, 2022
6. Trial set for May 31, 2022

**DONE AND ORDERED** in Chambers, this 8th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE