FILED
April 06, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___J. Galindo-Beaver___
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| IN RE: DOCKET MANAGEMENT | § § § § § § § § § § |

## INTERNAL DOCKET MANAGEMENT ORDER

For docket management purposes, the docketing clerks are hereby **ORDERED** to terminate the referral to Magistrate Judge Manske in his pending cases that have odd case numbers and to instead refer those cases to Magistrate Judge Gilliland.

**SIGNED** this 6th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE