UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQUANLAN DEONSHAY HARRIS<br><br>**Plaintiff,**<br><br>v.<br><br>CENLAR, FSB,<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§ CASE NO. 6:20-CV-00271-ADA-JCM<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

Plaintiff Acquanlan Deonshay Harris ("Plaintiff") and Cenlar, FSB ("Defendant"), (collectively the "Parties") file this Notice of Settlement and respectfully report to the Court as follows:

The Parties have reached an agreement, in principle, to resolve the claims that Plaintiff asserts against Defendant in this action. The Parties have finalized the formal settlement agreement and are in the process of executing it. The Parties respectfully request that the Court vacate all pending hearings and deadlines and provide the Parties thirty (30) days to finalize the settlement documents and file a joint stipulation to dismiss with prejudice.

DATED: July 15, 2022.                    Respectfully submitted,

                                                           HUSCH BLACKWELL, LLP

                                                           By: */s/ Sabrina A. Neff*
                                                           Sabrina A. Neff
                                                           TBN# 24065813
                                                           600 Travis St., Suite 2350
                                                           Houston, Texas 77002
                                                           (713) 647-6800 – Telephone
                                                           (713) 647-6884 – Facsimile
                                                           sabrina.neff@huschblackwell.com

                                                           ATTORNEYS FOR DEFENDANT
                                                           CENLAR FSB

DANN LAW

By: *Marc Dann (with permission)*
Mark E. Dann (Ohio Bar No. 0039425)
*(admitted pro hac vice)*
15000 Madison Avenue
Lakewood, Ohio 44107
(216) 373-0539 – Telephone
(216) 373-0536 – Facsimile
Notices@dannlaw.com

and

ERIN B. SHANK, P.C.
Erin B. Shank
1902 Austin Avenue
Waco, Texas 76701
(254) 296-1161 – Telephone
(254) 296-1165 – Facsimile
erinbakershank@aol.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Settlement was served on all parties in accordance with the Federal Rules of Civil Procedure on the 15th day of July 2022.

Erin B. Shank            *Via CM/ECF*
ERIN B. SHANK, P.C.
1902 Austin Avenue
Waco, TX 76701

Marc E. Dann            *Via CM/ECF*
DANN law
15000 Madison Avenue
Lakewood, Ohio 44107

*Counsel for Plaintiff*

/s/ Sabrina A. Neff
Sabrina A. Neff